**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PERI DOMANTE,**

    Plaintiff,

v.                                             Case No: 8:17-cv-00472-WFJ-SPF

**DISH NETWORK, L.L.C.,**

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, **PERI DOMANTE**, in the above-named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Defendant's Amended Motion for Final Summary Judgment (Doc. No. 176) entered in this action on February 22, 2019 and from the resulting Amended Judgment in a Civil Case entered in favor of the Defendant on all counts entered in this action on March 5, 2019 (Doc. No. 178).

Respectfully submitted this **March 22, 2019**,

                                                */s/ Kaelyn Steinkraus*
                                              Kaelyn Steinkraus, Esq.
                                              Florida Bar No. 125132
                                              kaelyn@zieglerlawoffice.com

                                              */s/ Michael Ziegler*
                                              Michael A. Ziegler, Esq.
                                              Florida Bar No. 74864
                                              mike@zieglerlawoffice.com

                                              Law Office of Michael A. Ziegler, P.L.
                                              13575 58th Street North, Suite 129
                                              Clearwater, FL 33760
                                              (p) (727) 538-4188
                                              (f) (727) 362-4778
                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **22** day of **March, 2019**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132